FILED

01/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0195

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0195

STATE OF MONTANA,

        Plaintiff and Appellee,

    v.                                       O R D E R

JONATHAN WILLIAM PRESLEY,

        Defendant and Appellant.

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellant's reply brief filed electronically on January 19, 2023, this Court has determined that the brief does not comply with Rule 10 and must be supplemented as provided below.

M. R. App. P. 10(2) provides that "[i]n all criminal cases appealed by the defendant . . . all briefs, motions, and other papers, not including transcripts, shall be served on both the county attorney and the attorney general." Here, while the cover page of the brief lists the current Lewis and Clark County Attorney, the Appellant's certificate of service reflects service of the brief on the former Lewis and Clark County Attorney. Accordingly, while the Court accepts filing of the reply brief, the Appellant shall serve a copy of the brief on the current Lewis and Clark County Attorney and file an amended certificate of service.

Therefore,

IT IS ORDERED that the Appellant serve a copy of the brief on the Lewis and Clark County Attorney and file an amended certificate of service with this Court.

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the amended certificate of service.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
January 20 2023